Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Clifford Jones                              **Case Number:** 98-10328-WGY

**Name of Sentencing Judicial Officer:** The Honorable William G. Young Chief U.S. District Court Judge

**Date of Original Sentence:** December 8, 1999

**Original Offense:** Distrbution of Cocaine Base in violation of 21 USC § 841 (a)(1)

**Original Sentence:** 30 months CAG followed by a term 48 months of supervised release

**Type of Supervision:** Supervised Release               **Date Supervision Commenced:** December 29, 2000

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

You shall participate in mental health counseling as directed by the U.S. Probation Department. The subject shall be required to contribute to the costs of services for such treatment based on ability to pay or availability of third party payment.

### CAUSE

On December 15, 2003, Mr. Jones tested positive for marijuana which is his second positive within the year. As a result of the situation described below, it was determined that Mr. Jones would benefit from mental health counseling. Jones has been compliant with his supervision overall.

Mr. Jones met with this PO and SUSPO Hurtig regarding his positive urine screening. During the meeting, Jones broke down emotionally citing that he was under a lot of pressure and how being incarcerated "messed him up". It appeared that Jones began to disassociate himself and his demeanor caused this PO and SUSPO Hurtig to believe he might be suicidal. This Office attempted to refer him for an emergency evaluation at a mental health provider and he was transported by taxicab to the Linderman Center in Boston. Jones claimed that he attempted to locate the appropriate room, but no one could assist him. This probation officer spoke with the provider regarding subsequent treatment and the suggestion was to refer Jones for outpatient counseling as he was no longer in crisis. As a result, this office has requested the enclosed modification to address the emotional issues disclosed by the subject.

Reviewed/Approved by:                              Respectfully submitted,

Jonathan Hurtig                                    By Eustace D. Payne, Jr.
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   Date: December 22, 2003

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

William H. Young
Signature of Judicial Officer

Dec. 23, 2003
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The subject shall participate in mental health counseling at the direction of the U.S. Probation Department. The subject shall be required to contribute to the costs of services for such treatment based on ability to pay or availability of third party payment.

Witness: _____      Signed: _____
U.S. Probation Officer                                  Probationer or Supervised Releasee

12/19/03
DATE